United States District Court
Northern District of New York

| | |
|---|---|
| Amy Rene Russell,<br>f/k/a Amy Rene Burdick,<br>    *Plaintiff*,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of the<br>Social Security Administration<br>    *Defendant*. | No. 8:20-cv-01520-DNH-CFH<br><br>David N. Hurd<br>United States District Judge<br><br>Christian F. Hummel<br>United States Magistrate Judge |

### Order

The Commissioner's motion to remand is granted and this matter is remanded for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292, 296-97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991). On remand, the Appeals Council will direct the Administrative Law Judge to offer plaintiff the opportunity for a hearing and issue a new decision.

SO ORDERED:

DAVID N. HURD
United States District Judge

Dated: 9/10/21 Utica, NY