# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**Amy Rene Russell**
        Plaintiff(s)

vs.                         **CASE NUMBER: 8:20-cv-01520-DNH-CFH**

**Commissioner of Social Security**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Commissioner's motion to remand is granted and this matter is remanded for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to offer plaintiff the opportunity for a hearing and issue a new decision.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated this 10th day of September 2021.

DATED: September 10, 2021

*[signature]*
Clerk of Court

s/ _____
G.Demyttenaere
Deputy Clerk